**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MARVIN JONES, Personal Representative of the Estate of Steve Castaneda, deceased, et al. | * * * * * |
| Plaintiffs | * |
| v. | *  Civil Action No. MJG-02-2549 |
| FORD MOTOR COMPANY, et al. | * * |
| Defendants | * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR ADMISSION PRO HAC VICE

I, William D. Kurtz, am a member in good standing of the bar of this Court. My bar number is 02597. I am moving the admission of Tab Turner, Esquire, to appear pro hac vice in this case as counsel for plaintiffs.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Arkansas Supreme Court | March 25, 1985 |
| USDC, Eastern District of Arkansas | May 2, 1982 |
| USDC, Western District of Arkansas | May 2, 1985 |
| Eighth Circuit Court of Appeals | April 8, 1985 |
| USDC, Eastern District of Oklahoma | December 14, 1992 |
| USDC, Northern District of Texas | June 9, 1992 |
| USDC, District of Arizona | June 6, 1994 |
| USDC, Western District of Texas | August 31, 1994 |
| USDC, Eastern District of Missouri | March, 1998 |
| Fifth Circuit Court of Appeals | September 29, 1993 |
| United States Supreme Court | March 20, 1989 |

2. During the 12 months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

LAW OFFICES
**VERDERAIME
& DUBOIS, P.A.**
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888

3. The proposed admittee has never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or Robert C. Verderaime is also a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

7. The $50.00 fee, payable to Clerk, United States District Court, for admission pro hac vice is enclosed.

Respectfully submitted,

*[signature]*

William D. Kurtz
Verderaime & DuBois, P.A.
1231 N. Calvert Street
Baltimore, MD 21202
(410) 752-8888  (phone)
(410) 752-0425  (fax)
Bar No. 02597
Movant, Attorney for Plaintiffs

LAW OFFICES
**VERDERAIME
& DUBOIS, P.A.**
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888

_____
Tab Turner
Turner & Associates, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Bar No. 85158
(501) 791-2277  (phone)
(501) 791-1251  (fax)
Proposed Admittee, Attorney for Plaintiffs

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

☑ GRANTED          ☐ DENIED

FILED _____ ENTERED
LODGED _____ RECEIVED

SEP 27 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_September 27, 2002_        Felicia C. Cannon
Date                          ~~United States District~~ Judge  Clerk, USDC
                              by: Catherine M. Scaffidi

LAW OFFICES
**VERDERAIME
& DUBOIS, P.A.**
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2002, the foregoing Motion for Admission Pro Hac Vice was mailed, postage prepaid, to the following:

Michael T. Wharton, Esquire
104 West Street
P. O. Box 551
Annapolis, MD 21401-0551
Attorney for Defendant Bridgestone/Firestone North American Tire, LLC

John A. McCauley, Esquire
Marina M. Sabett, Esquire
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201
Attorney for Defendant Ford Motor Company

Bridgestone Corporation
10-1 KYOBASHI 1-chome
Chuo-Ku, Tokyo 104-8340, Japan
Defendant

William D. Kurtz
Bar No. 02597
Movant, Attorney for Plaintiffs

LAW OFFICES
**VERDERAIME & DUBOIS, P.A.**
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888