IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Marvin Jones, et al.
    Plaintiff(s)

vs.

Civil No.: MJG 02-2549

Ford Motor Co., et al.
    Defendant(s)

\*\*\*\*\*\*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 7th day of October, 2002,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

Judge Marvin J. Garbis
United States District Judge

U.S. District Court (Rev. 12/1999) - Administrative Case Closing