UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

October 9, 2003

William D. Kurtz
Verderaime & DuBois, P.A.
1231 North Calvert Street
Baltimore, Maryland 21202

                               Re:    Case No. MJG 02-2549

Dear Counsel/Party:

    Your Plaintiff's Response to Motion was received in paper format on 10/9/03.

[X]    The document should have been filed electronically. It has been scanned and filed electronically by court staff.

[ ]    You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

    If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

    Please be advised that any future filings which are not made electronically may be returned to you.

                                                                 Very truly yours,

                                                                 /s/
                                                                 Evaleen Gibbons
                                                                 for
                                                                 Felicia C. Cannon, Clerk

cc:    Other counsel/party

U.S. District Court (Rev. 7/9/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov