**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| MARVIN JONES, et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Civil Action No. MJG-02-2549 |
| | * | |
| v. | * | |
| | * | |
| FORD MOTOR COMPANY, et al., | * | |
| | * | |
| Defendants. | * | |

**REPLY MEMORANDUM OF DEFENDANT BRIDGESTONE/FIRESTONE, NORTH AMERICAN TIRE, LLC TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Bridgestone/Firestone North American Tire, LLC, ("Firestone") a Defendant, submits this Reply Memorandum to Plaintiffs' Response to Firestone's Motion for Protective Order and states as follows:

1. Defendant Firestone filed a Motion for Protective Order on September 11, 2003, to which Plaintiffs filed a Response on or about October 8, 2003.

2. The sole issue of contention between these parties is whether the items that Firestone marks as "confidential business records" should be deemed "business records" for purposes of the hearsay exception regarding business records.

3. Firestone may produce documents that it considers confidential proprietary information, but that are not the "regular practice" of Firestone to create or maintain - the criteria necessary to qualify for the hearsay exception under Rule 5-803(6).

4. For example, Firestone may produce documents or records created under unique,

non-routine circumstances or obtained from the Third-Parties that would not be the "regular practice" of Firestone to create, and therefore, would not qualify for the hearsay exception.

    5. Accordingly, Firestone respectfully requests that the Court enter the Protective Order attached to its initial Motion.

                                                                                                                                        _____

                                                            Michael T. Wharton
Michelle R. Callender
Wharton Levin Ehrmantraut & Klein, P.A.
104 West Street, P.O. Box 551
Annapolis, MD 21401-0551
*Counsel for Bridgestone/Firestone North American Tire, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2003, a copy of the foregoing was mailed first-class, postage prepaid to:

William D. Kurtz, Esquire
Robert C. Verderaime, Esquire
Verderaime and DuBois
1231 North Calvert Street
Baltimore, Maryland 21202

Tab Turner, Esquire
Turner & Associates, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, Arkansas 72116
*Counsel for the Plaintiffs*

John A. McCauley, Esquire
Venable, Baetjer & Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
*Counsel for Ford Motor Company*

Robert E. Scott, Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, MD 21201
*Counsel for Bridgestone Corporation*

_____
Michelle R. Callender