UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

November 6, 2003

Tab Turner, Esquire
Turner and Associates, PA
4705 Somers Avenue, Suite 100
North Little Rock, Arkansas   72116

William D. Kurtz, Esquire
Robert C. Verderaime, Esquire
Verderaime and DuBois, PA
1231 North Calvert Street
Baltimore, Maryland   21202

John Arthur McCauley, Esquire
Marina Lolley Sabett, Esquire
Venable Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland   21201

Michael T. Wharton, Esquire
Wharton Levin Ehrmantraut and Klein
104 West Street, P O Box 551
Annapolis, Maryland   21404-0551

Subject:  *Marvin Jones, PR of the Estate of Steve Castaneda, et al. v. Ford Motor Company, et al.*
Civil Action No. MJG-02-2549

Dear Counsel:

This action has been referred to me for disposition of discovery disputes.  Pending and ready for disposition is a motion for a protective order filed by the defendant Bridgestone/Firestone North/American Tire, LLC (Firestone) relating to the production of proprietary materials.  (Paper No. 25).  The plaintiff filed a response (Paper No. 26), and the defendant filed a reply (Paper No. 29) that establish the sole issue of contention to be whether items that Firestone marks as "confidential business records" should be deemed "business records" for the purpose of the hearsay exception regarding business records.  The Court will not impose that evidentiary overlay upon the protective order, and plaintiff can raise its evidentiary argument at an appropriate later time.  Accordingly, the motion for protective order (Paper No. 25) is hereby GRANTED as otherwise stipulated by the parties.

Although informal, this letter constitutes an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc:  The Hon. Marvin J. Garbis
Court file
Chambers file