IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MARVIN JONES,<br>Personal Representative of the<br>ESTATE OF STEVE CASTANEDA, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: MJG02-2549<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the stipulation of plaintiffs and defendant Bridgestone Corporation, it is hereby ordered that plaintiffs' claims in this action against Bridgestone Corporation are dismissed without prejudice, each party to bear its own costs.

Dated:_____

MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED:

*Tab Turner (s/permission)*

Tab Turner
Jerry White
TURNER & ASSOCIATES, P.A.
4705 Somers Avenue, Suite 1000
North Little Rock, AR 72116

Attorneys for Plaintiffs

*Robert E. Scott, Jr.*

Robert E. Scott, Jr.
Kristi L. Anderson
SEMMES, BOWEN & SEMMES
250 West Pratt Streeet
Baltimore, Maryland 21202

Attorneys for Defendant Bridgestone Corporation