```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

MARVIN JONES, Personal           *
Representative of the Estates
of Steve Castaneda, deceased,    *
et al.
          Plaintiffs             *

          vs.                    * CIVIL ACTION NO. MJG-02-2549

FORD MOTOR COMPANY, et al.       *

          Defendants             *

*    *    *    *    *    *    *    *    *
```

                            ORDER

   In accordance with the proceedings held in this matter on this date:

   1.   By March 17, 2004, Plaintiffs shall:

        a.   Provide the identity of all expert witnesses.

        b.   Provide Rule 26(a)(2) information.

        c.   Provide dates within 60 days on which each expert is available for deposition so that depositions can be taken.

   2.   By May 19, 2004 Defendants shall:

        a.   Provide the identity of all expert witnesses.

        b.   Provide Rule 26(a)(2) information.

        c.   Provide dates within 60 days on which each expert is available for deposition so that depositions can be taken.

3.  By July 16, 2004 Plaintiffs shall:

    a.  Provide the identity of any rebuttal expert witnesses.

    b.  Provide Rule 26(a)(2) information.

    c.  Provide dates within 60 days on which each expert is available for deposition so that depositions can be taken.

4.  All discovery shall be concluded by October 1, 2004.

5.  By November 1, 2004, any summary judgment motions shall be filed.

    a.  Any <u>Daubert</u> motions must be made prior to, or with, any summary judgment motions.

    b.  Motion hearings, if necessary, shall be set by further Order.

6.  The following schedule shall be in effect to the extent that further proceedings are necessary following resolution of summary judgment motions.

7.  By January 12, 2005:

    a.  The Pretrial Order shall be filed.

    b.  Any motions in limine shall be filed.

    c.  Requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief, neutral summary of the case to be read to the voir dire panel.

    d.  Requested jury instructions shall be filed (in duplicate).

  **L**  COUNSEL MUST BE SURE TO NOTE THAT:

    (1) ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.

    (2) ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

  e. Plaintiffs shall arrange the scheduling for the pretrial conference at a mutually convenient time during the week of January 19 or January 26, 2005.

8. Jury trial shall be held during the period February 16 through March 19, 2005 with an estimated duration of 15 trial days.

  a. In the interest of efficiency, jury selection may be held on a date prior to the start of trial.

  b. Absent an objection filed within one month of the date of this Order, the parties are deemed to have consented to have a Magistrate Judge conduct jury selection if the Court determines that so doing will expedite the trial of this case and/or other matters on the court's calendar.

  c. The parties and counsel shall be available for this trial during the period stated above.

      d.    Counsel shall be given as much notice of the precise scheduling as possible.

SO ORDERED, on <u>**Friday, January 16, 2004**</u>.

                                            / s /
                               Marvin J. Garbis
                       United States District Judge