IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MARVIN JONES, Personal Representative of the Estate of Steve Castaneda, deceased, et al. | *<br>*<br>*<br>* |
| Plaintiffs | * Civil Action No.: MJG-02-2549<br>* |
| v. | *<br>*<br>* |
| FORD MOTOR COMPANY, et al. | *<br>* |
| Defendants | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION OF PERSONAL REPRESENTATIVE AND OF GUARDIANS FOR APPROVAL OF SETTLEMENT

Petitioners, Marvin Jones, as Personal Representative of the Estate of Steve Castaneda, deceased and Marvin Jones and Dianna L. McBride, as guardians of Stephen L. Castaneda a minor, by their attorneys, Robert C. Verderaime, William D. Kurtz, and Verderaime and Dubois, P.A., move the Court for an Order approving settlement in the above captioned matter.

1. On May 4, 2000, your petitioners were appointed as guardians of the minor, Stephen L. Castaneda by the Circuit Court for Wicomico County. A copy of the Guardianship Order is attached hereto marked Exhibit A. Petitioner, Marvin Jones was appointed as Personal Representative of the Estate of Steve Castaneda, Jr. deceased on the 6th day of June, 2000 by the Circuit Court of Wicomico County. Exhibit B.

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888

2. The above litigation is pending in this Honorable Court having first been filed in the Circuit Court for Baltimore City, and subsequently was removed to the United States District Court for the Southern District for Indiana as part of Multi-District Litigation and thereafter was remanded to this Honorable Court.

3. This litigation arose as a result of a motor-vehicle collision which occurred in New Mexico on June 30th 1999. Plaintiffs have alleged that the minor's father Steve Castaneda was riding as a passenger in a motor-vehicle which left the roadway and overturned as a result of acts and omission of the Defendants.

4. The decedent, Steve Castaneda left surviving him as his sole surviving heir Stephen, L. Castaneda the minor herein.

5. The parties have agreed to settle the above captioned matter for the gross sum of $2,000,000.00, said settlement being in the form of a structured settlement.

6. Your Petitioners believe that a structured settlement is in the best interest of the minor. Settlement proceeds on behalf of the minor after the deductions of attorneys fees and expenses will total $1,315,000.00. The structure provides initial cash payments as well as payments to the minor upon reaching certain ages and provides for his college education all as is more particularly set forth in the attached Structure Settlement Agreement. Exhibit C

7. Your Petitioners have executed and attached hereto as an exhibit their Consent For Approval of the Settlement. Exhibit D

8. Pursuant to the applicable Maryland Law Ann. Code of Maryland, Estates and Trusts Article Section 13-403 the cash payment of $25,000.00 will be placed into a bank or savings and loan association and cannot be disbursed to the minor until he obtains the age of eighteen without Court approval.

9. Plaintiffs have provided a courtesy copy of this petition to counsel for Defendants.

Wherefore, petitioners pray that this Court pass an Order approving the settlement as aforesaid.

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.
1231 N. CALVERT STREET
BALTIMORE, MD 21202
(410) 752-8888

_____
Robert C. Verderaime, 00581
Verderaime & Dubois, P.A.
1231 North Calvert Street
Baltimore, MD 21202
(410) 752-8888

_____
William D. Kurtz, 02597
Verderaime & Dubois, P.A.
1231 North Calvert Street
Baltimore, MD 21202
(410) 752-8888

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888