Exhibit A

| | |
|---|---|
| DIANA L. MCBRIDE<br>Plaintiff | * IN THE CIRCUIT COURT |
| | * FOR WICOMICO COUNTY |
| v. | * STATE OF MARYLAND |
| MARVIN JONES<br>BRENDAL JONES<br>Defendants | * CIVIL ACTION NO. 92CV0276 |

## ORDER OF COURT (45.00

The foregoing matter having been called for a disposition hearing before the Master of Domestic Relations Causes on March 28, 2000, the Master having announced her recommendations on the record, no exceptions having been filed herein, and this Court having reviewed the Master's written Report and Recommendations, and having exercised its independent judgment in this matter, it is, this 4th day of May, 2000, by the Circuit Court for Wicomico County, hereby

ORDERED, that the parties, Diana L. McBride and Mr. and Mrs. Jones, are granted joint legal and shared physical custody of the minor child, Stephen L. Castaneda, born January 25, 1989. Primary residential custody shall be with the Defendants, Mr. and Mrs. Jones; and

IT IS FURTHER ORDERED that the following custody and visitation schedule shall be followed.

### Custody and Visitation Schedule

SCHOOL YEAR: The Jones shall retain primary residential custody of Stephen L. during the school year. Diana McBride shall continue to enjoy physical custody of Stephen every other Tuesday from 3:00 p.m. to Sunday at 3:00 p.m. In the event that there is no school on said Tuesdays, custody shall begin at 12:00 noon.

FILED
00 MAY -5 AM 9: 38
CLERK, WICOMICO CO.

**SUMMERTIME:** In addition, Ms. McBride shall have physical custody of Stephen for the first five weeks of his summer vacation from school. During his summer vacation with Ms. McBride, it would be in the child's best interests for Stephen to spend one overnight per week with the Jones family, during the weeks she is in Salisbury area. The Jones family shall have Stephen for the remaining portion of the summer. During his summer vacation with the Jones, it would be in Stephen's best interest to spend one overnight per week with Ms. McBride. Ms. Fisher shall receive two weeks of summer visitation with Stephen each summer from the Jones' portion of Stephen's summer vacation.

**WINTER BREAK:** Ms. McBride should be permitted to have custody of Stephen for the child's winter break from school, except that the parties will share the Christmas Holiday each year as set forth below.

**HOLIDAYS:** Diana McBride shall have the child on the holidays in Column 1 in odd-numbered years and in Column 2 in even-numbered years. The Jones shall have the child on the holidays in Column 1 in even-numbered years and the holidays in Column 2 in odd-numbered years.

| COLUMN 1 | COLUMN 2 |
| --- | --- |
| Easter or other Religious Holiday | Memorial Day |
| Fourth of July | Labor Day |
| Christmas Day | Thanksgiving Day |
|  | Christmas Eve |

With the exception of Christmas visitation, holiday visitation shall be from 9:00 a.m. the day of the holiday until 6:00 p.m. Christmas Eve visitation shall begin at 6:00 p.m. on December 24th and end at noon on December 25th. Christmas Day visitation shall begin at noon on December 25th and end at 6:00 p.m. on December 26th. When the visitation holiday falls on a Monday immediately following a custody weekend, the

custodial party shall be entitled to keep the child continuously through 6:00 p.m. Monday.

IT IS FURTHER ORDERED that Mr. Jones, Ms. McBride, and John Sullivan, Esquire, be named guardians of the child's property; and

IT IS FURTHER ORDERED that Mr. Sullivan's fees totaling $8000.00, as stipulated by the parties and accrued through March 28, 2000, be approved. The Jones are entitled to a credit of $500.00 toward their portion of that amount.

IT IS FURTHER ORDERED that all other financial issues are reserved, for 30 days from the date of entry of this Order. The parties shall prepare an accounting of all funds received for the child's benefit from the time of his father's death, with disbursement and expenditures delineated and the parties shall prepare a statement of their needs for support for the child, if they so desire, for financial consideration, within said 30 days; and

IT IS FURTHER ORDERED that upon the request of either party, this Order shall be amended to include a provision for two sessions of court-ordered mediation to resolve any remaining issues regarding custody, visitation, and/or support.

Recommended by:

*[signature]*
KATHLEEN L. BECKSTEAD, MASTER

*[signature]*
JUDGE

FILED
00 MAY -5 AM 9:00
CLERK, *[illegible]* Donald C. Davis

TRUE COPY, TEST
*[signature]*
CLERK