

## *State of Maryland*
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 13246

I certify that administration of the Estate of

STEVE CASTANEDA

was granted on the  6th  day of  June, 2000            .

to  MARVIN L JONES

as personal representative(s) and the appointment is in effect

this  6th  day of  June, 2000            .

☑ Will probated    06/06/2000
                      (date)

☐ Intestate estate.

*Karen A. Lemon*
KAREN A. LEMON
Register of Wills for

Wicomico County

VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER

RW 1107