Exhibit C

# CONFIRMATION OF SETTLEMENT
## Stephen L. Castaneda
*Date of Birth: 01/25/1989*

| Benefit Description | Benefit Cost | Guaranteed Payments |
|---|---|---|
| **Section I: Immediate Cash Payment** | $ 25,000 | $ 25,000 |
| **To be purchased by Ford** | | |
| **Section II: Education Fund** Beginning on 01/25/2007 (age 18), $17,500 per year for four years. The last payment will be made on 01/25/2010. | $ 62,940 | $ 70,000 |
| **Section III: Monthly Starter Fund** Beginning on 01/25/2007 (age 18), $200 per month for six years (to age 24). The last payment will be made on 12/25/2012. | $ 12,066 | $ 14,400 |
| **Section IV: Future Cash Payments** | | |
| On 01/25/2013 (age 24) - $203,750 | $ 141,614 | $ 203,750 |
| On 01/25/2017 (age 28) - $257,500 | $ 141,412 | $ 257,500 |
| On 01/25/2021 (age 32) - $326,975 | $ 140,945 | $ 326,975 |
| On 01/25/2025 (age 36) - $419,250 | $ 146,023 | $ 419,250 |
| *Subtotal Section IV:* | $ 569,994 | $ 1,207,475 |
| **Total From Ford:** | $ 645,000 | $ 1,291,875 |

*Continued on next page...*

## CONFIRMATION OF SETTLEMENT

### Stephen L. Castaneda

*Date of Birth: 01/25/1989*

| Benefit Description | Benefit Cost | Guaranteed Payments |
|---|---|---|
| **To be purchased by Firestone** | | |
| **Section V: Education Fund** | | |
| Beginning on 01/25/2007 (age 18), $17,500 per year for four years. The last payment will be made on 01/25/2010. | $ 62,940 | $ 70,000 |
| **Section VI: Monthly Starter Fund** | | |
| Beginning on 01/25/2007 (age 18), $200 per month for six years (to age 24). The last payment will be made on 12/25/2012. | $ 12,066 | $ 14,400 |
| **Section VII: Future Cash Payments** | | |
| On 01/25/2013 (age 24) - $203,750 | $ 141,614 | $ 203,750 |
| On 01/25/2017 (age 28) - $257,500 | $ 141,412 | $ 257,500 |
| On 01/25/2021 (age 32) - $326,975 | $ 140,945 | $ 326,975 |
| On 01/25/2025 (age 36) - $419,250 | $ 146,023 | $ 419,250 |
| *Subtotal Section VII:* | $ 569,994 | $ 1,207,475 |
| **Total From Firestone:** | $ 645,000 | $ 1,291,875 |
| **GRAND TOTAL:** | $ 1,315,000 | $ 2,608,750 |

<u>*Annuity Issuer:*</u>

**Hartford Life Insurance Company**
*Rated:* A+XV by A.M. Best Company; AA- by S&P; Aa3 by Moody's; and AA by Fitch

> *Annuity costs are subject to regular and frequent changes.*
> *The costs above remain valid if the annuity premium payment is*
> *received by the annuity provider no later than April 20, 2004.*

*Please verify the above listed date of birth is correct.*



Prepared by: *James E. Logan & Associates, Ltd.*
7011 Orchard Lake Road, West Bloomfield, MI 48322-3691
Telephone (248) 865-3900    Facsimile (248) 865-3905