## CONSENT OF PETITIONERS FOR APPROVAL OF SETTLEMENT

We, Marvin L. Jones and Diana McBride, the court appointed guardians of the minor Stephen L. Castaneda have evaluated the future financial needs of Stephen L. Castaneda and have determined that the proposal set forth in this PETITION FOR APPROVAL OF SETTLEMENT DISTRIBUTION is fair, reasonable and in the best interest of Stephen.

4/8/04
Date

_Marvin L. Jones, Guardian_

4/8/04
Date

Diana McBride, Natural Mother and Guardian