IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MARVIN JONES, <br> Representative of the Estate of <br> Steve Castaneda, deceased, et al. <br><br> Plaintiffs <br><br> v. <br><br> FORD MOTOR COMPANY, et al. <br><br> Defendants | * <br> * <br> * <br> * <br> * Civil Action No.: MJG-02-2549 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

*****************************************************************

## ORDER OF COURT

The Petition of Marvin Jones, as Personal Representative of the Estate of Steve Castaneda deceased, and Marvin Jones and Dianna L. McBride as Guardians of Stephen L. Castaneda, a minor for approval of the settlement in the above caption case having been read and considered along with exhibits and Consent of the Petitioners for Approval of the Settlement, and the Court finding that the settlement is fair and reasonable, it is this    day of    , 2004.

ORDERED, that the Petition BE and the same hereby IS GRANTED, all subject to the further order of this Court.

_____
Marvin J. Garbis, United States District Judge

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888