IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MARVIN JONES<br>Personal Representative of the<br>ESTATE OF STEVE CASTANEDA, et al.,<br><br>Plaintiffs<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants | *<br><br>*<br><br>*<br><br>*<br><br>*   Civil Action No.: MJG02-2549<br><br>* |

**********************************************************************

### STIPULATION ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of Plaintiffs and Defendants Ford Motor Company and Bridgestone/Firestone North American Tire, LLC, it is hereby ordered that Plaintiffs' claims in this action against Ford Motor Company and Bridgestone/Firestone North American Tire, LLC, are dismissed with prejudice, each party to bear its own costs.

Dated: October 12, 2004

/s/
Marvin J. Garbis
United States District Judge

IT IS SO STIPULATED

_____
Robert C. Verderaime (Bar no. 000581)
William D. Kurtz (Bar no. 02597)
Verderaime & Dubois, P.A.
1231 N. Calvert Street
Baltimore, MD 21202
Attorneys for Plaintiffs

_____
John A. McCauley (Bar no. 05031)
Marina M. Sabett (Bar no. 10961)
Venable, Baetjer and Howard, LLP
11800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

Attorneys for Defendant,
Ford Motor Company

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.

BALTIMORE, MD 21202

(410) 752-8888

_/s/ Michell Callender_
Michael T. Wharton (Bar no. 00308)
Michell Callender
Wharton, Levin, Ehrmantraut & Klein,
104 West Street
P.O. Box 551
Annapolis, MD 21404

Attorneys for Defendants,
Bridgestone/Firestone North American Tire, LLC
successor in interest to Bridgestone/Firestone, Inc.

LAW OFFICES
VERDERAIME
& DUBOIS, P.A.
1231 N. CALVERT STREET
BALTIMORE, MD 21202

(410) 752-8888